MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | | |
|---|---|---|
| RUBINA ZAFAR ALAM, | ) | Case No.: 2:17-cv-0701-JAM-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND BRIEFING SCHEDULE** |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 14 days to **January 24, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing the summary judgment motion by January 10, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of

tasks, including: reviewing the excerpts of record and drafting the Commissioner's answering brief in a Social Security case before the Ninth Circuit; preparing for an oral argument before the Ninth Circuit in a Social Security case; drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; conducting discovery in personnel-related litigation pending before the Equal Employment Opportunity Commission; preparing for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST). Furthermore, due to recent holiday and work-related absences from the office, counsel for Defendant requires this short-term extension to fully evaluate the factual and legal issues presented in Plaintiff's summary judgment motion.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: _January 9, 2018_                    CERNEY KREUZE & LOTT, LLP

                                By:    _/s/ Asim H. Modi for Langley Kreuze*_
                                       LANGLEY KREUZE
                                       *Authorized by email on January 9, 2018*
                                       Attorney for Plaintiff

Date: _January 9, 2018_                    MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                By:    _/s/ Asim H. Modi_
                                       ASIM H. MODI
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: January 16, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE